

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00473-CV

**IN THE GUARDIANSHIP OF HORTENCIA T. VARA**, an Incapacitated Person

From the County Court, Uvalde County, Texas
Trial Court No. 7058-18
Honorable William R. Mitchell, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED for lack of jurisdiction. TEX. R. APP. P. 42.3(a).

It is so **ORDERED** on August 14, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court